

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### At Baltimore

In re:    **Case No. 18-25776-DER**    **Chapter 7**

**PAUL A. BETANCES,**

    Debtor.

## MEMORANDUM TO COUNSEL

    After consideration of counsel's response to the court's Order to Justify Fee, the record herein, and the particular facts and circumstances of this case explained in counsel's response, the court has determined to take no further action with respect to counsel's fee.

cc:    Debtor – Paul A. Betances
        Attorney for Debtor – Michael G. Wolff, Esq.
        Case Trustee – George W. Liebmann
        Assistant U.S. Trustee – Gerard R. Vetter

**END OF ORDER**

11x10 (rev. 03/08/2001)*